IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

V.                          Case No. 4:02-CR-40010

DEMARCUS A. OWENS                                                   DEFENDANT

**STATEMENT OF REASONS FOR DENIAL OF
CERTIFICATE OF APPEALABILITY**

On July 29, 2004, Defendant filed a motion for leave to file a belated appeal. (Doc. 21) By order (Doc. 22) entered on November 15, 2004, this court denied the motion. On March 28, 2005, Defendant filed a motion for reconsideration. (Doc. 23) By an order of even date, the Court has denied Defendant's motion for reconsideration. Defendant has also filed a Motion for Certificate of Appealability. Because the Federal Rules of Appealate Procedure and decisions of the United States Courts of Appeals preclude Defendant's request for leave to file a belated appeal, his request for a certificate of appealability shall be denied.

Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue only if "the applicant has made a substantial showing of the denial of a constitutional right." *Id.* A "substantial showing" is one demonstrating that reasonable jurists could debate whether the petition should have been resolved in a different manner or the issues presented deserved further proceedings even though the petitioner did not prevail on the merits in the court considering his case at present. *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

The Court simply does not believe that the issues raised by Defendant are issues debatable among jurists nor that another court could resolve the issues differently. Accordingly, the court concludes Defendant's request for certificate of appealability should be and hereby is denied. An order to this effect will be concurrently entered.

IT IS SO ORDERED, this 18th day of August, 2005.

                                                   /s/ Harry F. Barnes
                                                   Hon. Harry F. Barnes
                                                   U.S. District Court